DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED YACHT TRANSPORT, LLC,**
a Delaware limited liability company,

Appellant,

v.

**MAS MARINE, INC.,** a Delaware corporation,

Appellee.

No. 4D18-2580

[November 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE15-008578.

Neil Bayer and Chase Jansson of Kennedys CMK, LLP, Miami, for appellant.

Ron G. Rice, Jr., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***